IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARLENE G. POLHEMUS,

    Plaintiff,

v.                                        CASE NO.  4:08cv32-SPM/WCS

TALLAHASSEE NEUROLOGICAL
CLINIC, P.A.,

    Defendant.

_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Plaintiff's Consented Motion to Extend Time to File & Serve Response and Documents in Opposition to Summary Judgment (doc. 40) is granted.  Plaintiff shall have up to and including February 26, 2009, to file and serve her response.

DONE AND ORDERED this 10th day of February, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge