IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARLENE G. POLHEMUS,

      Plaintiff,

v.                                                CASE NO.  4:08cv32-SPM/WCS

TALLAHASSEE NEUROLOGICAL
CLINIC, P.A.,

      Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Report (doc. 42) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 18th day of February, 2009.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge